**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION**


SHERRI SWEENEY                                                              PLAINTIFF


V.                                       No. 3:04CV00386-JFF


JO ANNE B. BARNHART,
Commissioner, Social
Security Administration                                                     DEFENDANT

**<u>JUDGMENT</u>**

Pursuant to the Order filed in this matter this date, it is Considered, Ordered and

Adjudged that the decision of the Commissioner is affirmed and that Plaintiff's complaint is

dismissed with prejudice.

IT IS SO ORDERED.

DATED this 16th day of  March, 2006.



_____
UNITED STATES MAGISTRATE JUDGE